[No. 7513-6-I. Division One. March 24, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA KELLY BEASON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85497, Frank J. Eberharter, J., entered September 19, 1978. *Affirmed* and *remanded* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and Swanson, J.

[No. 7688-4-I. Division One. March 24, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. MELINDA PATRICIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. J-87305, H. Joseph Coleman, J., entered June 6, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Swanson, J.

[No. 2652-3-III. Division Three. March 25, 1980.]

PERRY HOWE, ET AL, *Respondents*, v. CHESTER L. PROCTOR, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 6658, Sidney R. Buckley, J., entered October 17, 1977. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.